UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   1:20mj02529 McAliley

UNITED STATES OF AMERICA

vs.

AMOS JAMES ROBERTS and
TYRA T. NANCE,

      Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes   _x_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes   _x_ No

                                    Respectfully submitted,

                                    ARIANA FAJARDO ORSHAN
                                    UNITED STATES ATTORNEY

BY:    /s/ Cary Aronovitz
          CARY O. ARONOVITZ
          ASSISTANT UNITED STATES ATTORNEY
          Florida Bar No. 86425
          99 N. E. 4th Street
          Miami, Florida   33132-2111
          TEL (305) 961-9131
          FAX (305) 530-7976

AO 91 (Rev. 08/09) Criminal Complaint                                ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | )  |                                   |
|---|---|---|
| v. | ) | |
| Amos James Roberts and | ) | Case No.   1:20mj02529 McAliley |
| Tyra T. Nance, | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____March 31, 2020____ in the county of ____Miami-Dade____ in the ____Southern____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §§ 1951 and 2 | Hobbs Act Robbery (Roberts and Nance) |
| 18 USC §§ 924(c) and 2 | Brandishing a Firearm in Furtherance of a Crime of Violence (Roberts and Nance) |
| 18 USC § 922(g) | Felon in Possession of a Firearm (Roberts) |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Elio Garcia, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
____FaceTime____ (specify reliable electronic means)

Date: ____04/01/2020____

_____
*Judge's signature*

City and state: ____Miami, Florida____     Chris M. McAliley, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Elio Garcia, a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a detective employed by the Miami-Dade Police Department ("MDPD"), and am currently a TFO with the FBI. I have been a police officer with the MDPD for over 25 years and for the past six months have been assigned to the Violent Crimes Task Force. My duties include the investigation of a variety of federal offenses, including Hobbs Act robberies, kidnappings, bank robberies, and other offenses. I am, therefore, an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am empowered to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2. This Affidavit is submitted in support of a criminal complaint charging Amos James Roberts ("ROBERTS") and Tyra T. Nance ("NANCE) with two counts of Hobbs Act robbery, in violation of Title 18, United States Code, Sections 1951 and 2, two counts of brandishing a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Sections 924(c) and 2, and, as to ROBERTS, being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g).

3. As further explained below, beginning on March 14, 2020, law enforcement investigated a string of armed robberies that occurred in fast food drive thru lanes at restaurants located in or around Miami Gardens, Florida, all within the Southern District of Florida. On March 31, 2020, ROBERTS and NANCE robbed at gunpoint a Burger King restaurant located at 4727 NW 167th Street, Miami Gardens, Florida, and a Wendy's restaurant, located at 11925 NW 27th

Place, Miami, Florida. During each of these robberies, a black male, later identified as ROBERTS, sat in the backseat of the vehicle and the vehicle was driven by a black female, later identified as NANCE. During the Burger King robbery, ROBERTS wore a black hoodie sweatshirt and black skull cap. During each robbery, ROBERTS brandished an assault type rifle at the drive thru employee and grabbed money out of the restaurant's cash register. Each restaurant, which operate in interstate and foreign commerce, was forced to temporarily close as a result of the armed robberies.

4. The statements contained in the Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials in this investigation. Since this Affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me and other law enforcement officers involved in this investigation.

## PROBABLE CAUSE

5. Since on or about March 14, 2020, law enforcement has been conducting an investigation into a string of Hobbs Act robberies in or around Miami Gardens, Florida. Several similarities mark each of the five armed robberies outlined below.

### Wendy's Restaurant: March 14, 2020

6. On or about March 14, 2020, at approximately 1:00 am, two suspects, a male and female, arrived at the Wendy's restaurant located at 18181 NW 27th Avenue in Miami Gardens, Florida. The suspects placed an order through the drive thru speaker. The suspects, driving what appears to be a silver Nissan Rogue vehicle, proceeded forward to the window where the male suspect offered money for the order he just placed. The male suspect, wearing a dark hoodie sweatshirt, gave the victim $1 and then waited for the victim to open the cash register. Once the

cash register was opened, the male suspect exited the vehicle through the left rear door armed with a black firearm and reached into the cash register taking approximately $160 in US currency. The robbery was captured on video surveillance, and the subjects fled the restaurant in the silver Nissan in an unknown direction.

### Kentucky Fried Chicken: March 15, 2020

7.  On or about March 15, 2020, at approximately 10:15 pm, three suspects arrived at the Kentucky Fried Chicken ("KFC") located at 4800 NW 183rd Street, Miami Gardens, Florida, and placed an order through the drive thru speaker and proceeded forward to the payment window. When they arrived at the payment window, driving in a silver Nissan Rogue, a male and female suspect were seated in the backseat of the vehicle. The male suspect, wearing a dark hoodie sweatshirt, offered money to the victim to pay for the order. Once the register was opened, the male suspect exited the vehicle through the left rear door armed with an assault type rifle and tried taking the money from the cash drawer. The male subject struggled to get the money from the money slots, so he took the entire cash tray. The subjects took approximately $521 in US currency, and fled the restaurant in an unknown direction. The robbery was captured on video surveillance.

### Kentucky Fried Chicken: March 17, 2020

8.  On or about March 17, 2020, at approximately 10:19 pm, four suspects arrived at the same KFC restaurant located at 4800 NW 183rd Street. The suspects arrived in a silver Nissan Rogue and proceeded to place an order at the drive thru speaker. When they arrived at the payment window, a male suspect, wearing a hoodie, offered money to pay for the order. When the victim opened the register, the male suspect exited the vehicle from the left rear door with a black firearm and reached in through the opened drive thru window. The male subject took approximately $237

in US currency. As the vehicle fled, a victim was able to observe a partial tag of LDI on the silver Nissan Rogue. The robbery was captured on video surveillance.

9. On or about March 18, 2020, law enforcement conducted a database search for the partial tag and located a matching silver Nissan Rogue that was parked at the Garden Vista Apartments in Miami Gardens, Florida. Law enforcement conducted surveillance on the vehicle, which was parked in an outdoor parking lot within the apartment complex. The vehicle appeared to match the vehicle captured on video surveillance in the three previous robberies. On or about March 19, 2020, law enforcement obtained a state-issued search warrant to place a tracking device on the vehicle. Once the tracking device was placed on the vehicle, however, the vehicle sat motionless until March 20, 2020. At that point, law enforcement recovered the vehicle because it was an overdue rental vehicle.[1]

10. Your Affiant has reviewed either the security video surveillance or still images from each of the three robberies previously listed in this Affidavit. The suspect in each video has the same physique and appearance as the suspect later identified by law enforcement as Amos ROBERTS.

### Burger King: March 31, 2020

11. On or about March 31, 2020 at approximately 10:40 am, a male and female suspect, later identified as ROBERTS and NANCE, arrived at the Burger King located at 4727 NW 167th Street, Miami, Florida. NANCE drove the vehicle, which was a Gray Chevrolet Impala, and ROBERTS, wearing a black hoodie sweatshirt and a black skull cap, sat in the backseat. As captured on video surveillance, NANCE stopped short of the drive thru menu, exited the vehicle, and placed a cover over the vehicle's license plate. NANCE then drove forward and ROBERTS

---

[1] Law enforcement is in the process of determining the person(s) that rented the Nissan Rogue vehicle.

placed an order through the drive thru speaker. When they arrived at the payment window, ROBERTS handed the victim cashier a $20 bill for the order placed at the menu board. When the register opened, ROBERTS exited the vehicle through the left rear door armed with a black rifle and used the rifle to push the victim cashier away from the cash register. As the victim cashier backed away, ROBERTS reached through the window and took approximately $110 in US currency along with the cash tray from the drawer. ROBERTS and NANCE then fled in the Gray Chevrolet Impala.

### Wendy's Restaurant: March 31, 2020

12. Later on or about March 31, 2020, between approximately 11:00 am and 12:00 pm, ROBERTS and NANCE arrived at the Wendy's Restaurant located at 11925 NW 27th Place in Miami Gardens, Florida, and placed an order at the drive thru speaker. NANCE drove a Gray Chevrolet Impala toward the payment window, and ROBERTS then handed the victim a $5 bill. When the register opened, ROBERTS exited the vehicle through the left rear door armed with a black rifle and pointed it at the cashier victim through the window. The victim blocked the firearm and yelled "he's got a gun!" At that point, the cashier victim ran away from the register and ROBERTS grabbed the money from the cash tray. ROBERTS took approximately $107 in US currency and the cash tray from within the drawer, and the suspects fled in the Gray Chevrolet Impala.

### Further Investigation

13. After the two robberies on or about March 31, 2020, law enforcement issued a police bulletin with the description of the armed gunman and the vehicle used in both robberies. At approximately 3:00 pm of the same date, law enforcement located the Gray Chevrolet Impala

parked in the Garden Vista Apartments parking lot. Importantly, this was the same parking lot where the silver Nissan Rogue associated with the three prior robberies had been parked.

14. Law enforcement conducted surveillance on the Chevrolet Impala and waited for it to become occupied. As law enforcement waited, two subjects, ROBERTS and NANCE, entered the vehicle. When law enforcement detained ROBERTS, they located approximately $197 in US currency inside of a fanny pack that he was wearing. The amount of the currency located is approximately the same amount taken in the two robberies that occurred earlier in the day.

15. Law enforcement conducted a license plate search on the Chevrolet Impala and discovered that the license plate then-affixed to the vehicle was not the assigned plate for the vehicle. Because the vehicle had an unassigned license plate affixed to it, law enforcement prepared to tow away the vehicle and conducted an inventory search of the vehicle. In the backseat and trunk of the vehicle, law enforcement found various articles of clothing, including a black skull cap and black hoodie sweatshirt. Further, inside a red bag in the trunk law enforcement found an AR-15 type rifle. These items match the description of the items used by suspects that robbed the Burger King and Wendy's earlier that day. The vehicle was then sealed and towed to the Miami-Dade Police indoor lot pending a potential search warrant application.

16. Law enforcement transported both ROBERTS and NANCE to the Miami Gardens Police Station where they were placed in separate interview rooms. ROBERTS was read his *Miranda* rights and did not speak further to law enforcement. NANCE was read her *Miranda* rights and agreed to speak with law enforcement. In an audio-recorded statement, NANCE admitted that she served as the get-away driver in two robberies from earlier that day. NANCE also admitted that ROBERTS, her boyfriend, was the gunman for each robbery who took the money from the cash registers. NANCE denied involvement in the three previous robberies.

17. Prior to March 31, 2020, ROBERTS was convicted in Miami-Dade County of a felony offense and therefore was not lawfully permitted to possess a firearm.

18. Based on the foregoing, I respectfully submit that there is probable cause to believe that, on or about March 31, 2020, Amos James ROBERTS and Tyra T. NANCE did knowingly and unlawfully commit two counts of Hobbs Act robberies, in violation of Title 18, United States Code, Sections 1951 and 2, did knowingly possess and brandish a firearm in furtherance of said Hobbs Act robbery, in violation of Title 18, United States Code, Sections 924(c) and 2, and that ROBERTS, a convicted felon, did knowingly possess a firearm, in violation of Title 18, United States Code, Section 922(g). The other robberies remain under investigation.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Elio Garcia, Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the
Requirements of Fed. R. Crim. P. 4.1 by
_FaceTime_____ on this _1st_ day of April 2020.

_____
HONORABLE CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

7