**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20mj02529-MCALILEY**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**AMOS JAMES ROBERTS,**

    **Defendant.**

_____/

## DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on April 3, 2020, a hearing was held to determine whether defendant **AMOS JAMES ROBERTS** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the safety of any other person and the community. Therefore, it is hereby ordered that defendant **AMOS JAMES ROBERTS** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The defendant is charged by criminal complaint in the Southern District of Florida with conspiracy to commit Hobbs Act robbery in violation of Title 18, United States Code, Sections 1951 and 2, brandishing a firearm in furtherance of a crime of violence in violation of Title 18, United States Code, Sections 924(c) and 2 and being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g). Therefore, the defendant is charged with a crime of violence for which a maximum sentence of more than ten (10) years is prescribed, resulting in a rebuttable presumption that no condition or combination of conditions

will reasonably assure the safety of any other person and the community. Title 18, United States Code, Sections 3142(e)(3)(B).

2. The weight of the evidence against the defendant is substantial. The government has proffered that on March 31, 2020, the defendant participated in the robbery of two fast food restaurants. The robberies were approximately one hour apart. The defendant threatened employees using a rifle. The defendant stole approximately $100 from each restaurant. An employee from each restaurant identified the defendant as the person who committed the robbery.

There is also circumstantial evidence that the defendant participated in three other robberies in March, 2020.

3. The pertinent history and characteristics of the defendant support pretrial detention. The defendant was born on July 17, 1986 in Miami, Florida. Title 18, United States Code, Section 3142(g)(3)(A).

4. The Court specifically finds by clear and convincing evidence, there are no conditions or combinations of conditions which will reasonably assure the safety of other persons and the community. The defendant participated in multiple robberies where he threatened victims with a firearm and would continue to engage in criminal conduct if released on bond. Based upon the above findings of fact, which were supported by clear and convincing evidence, the Court has concluded that this defendant presents a danger to other persons and the community.

The Court hereby directs:

(a) That the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the defendant be afforded reasonable opportunity for private consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED in Chambers at Miami, Florida, this **3rd** day of April, 2020.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE